QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Loren Kieve (Bar No. 56280)
  lorenkieve@quinnemanuel.com
  Thomas E. Wallerstein (Bar No. 232086)
  tomwallerstein@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Of Counsel:

WILLKIE FARR & GALLAGHER LLP
  William H. Rooney
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000

Attorneys for Mueller Industries, Inc.; Mueller Europe Ltd.;
WTC Holding Company, Inc.; and Deno Holding Company, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD CARPINELLI, ARAM OVSEPIAN, G&M APPLIANCES, and JOHN RINALDI on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>BOLIDEN AB; OUTOKUMPU COPPER FABRICATION AB F/K/A BOLIDEN FACRICATION AB; OUTOKUMPU COPPER BCZ SA F/K/A BOLIDEN CUIVRE & ZINC S.A.; HALCOR S.A.; HME NEDERLAND BV; IMI PLC; IMI KYNOCH LTD./KYNOCH WORKS; YORKSHIRE COPPER TUBE LTD. F/K/A IMI YORKSHIRE COPPER TUBE LTD.; KM EUROPA METAL AG; KME AMERICA INC.; TREFIMETAUX SA;<br><br>CAPTION CONTINUED ON NEXT PAGE | No. C 06-04528 JL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| 1 | EUROPA METALLI S.P.A.; MUELLER )
| | INDUSTRIES, INC.; WTC HOLDING )
| 2 | COMPANY, INC.; MUELLER EUROPE )
| | LTD.; DENO HOLDING COMPANY, INC.; )
| 3 | DENO ACQUISITION EURL; )
| | OUTOKUMPU OYJ; OUTOKUMPU )
| 4 | COPPER PRODUCTS OY; OUTOKUMPU )
| | COPPER (U.S.A.) INC.; OUTOKUMPU )
| 5 | FRANKLIN, INC.; OUTOKUMPU )
| | HEATCRAFT USA, LLC; WIELAND )
| 6 | WERKE AG; WIELAND METALS, INC.; )
| | AUSTRIA BUNTMETALL AG; and )
| 7 | BUNTMETALL AMSTETTEN GMBH. )
| 8 |  )
| 9 |  )
| 10 | Defendants. )

11

12   WHEREAS, pursuant to the Order Setting Initial Case Management Conference and ADR

13 Deadlines ("Order"), October 4, 2006, is the last day for the parties to meet and confer regarding

14 initial disclosures, early settlement, ADR process selection, and a discovery plan; file an ADR

15 Certification; and file either a Stipulation to ADR Process or Notice of Need for ADR Phone

16 Conference; and

17   WHEREAS, the initial Case Management Conference in this matter is presently scheduled

18 for October 25, 2006; and

19   WHEREAS, plaintiffs are considering seeking consolidation of this action with related

20 actions currently pending in other jurisdictions; and

21   WHEREAS, plaintiffs and defendants KME America Inc.; Mueller Industries, Inc.;

22 Mueller Europe Ltd.; Deno Holding Company, Inc.; WTC Holding Company, Inc.; Wieland

23 Metals, Inc.; Outokumpu Copper (U.S.A.), Inc.; Outokumpu Franklin, Inc.; and Outokumpu

24 Heatcraft USA, LLC (collectively, "Defendants") seek to avoid unnecessarily expending the

25 resources of the parties and the Court;

26   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between

27 counsel for plaintiffs and counsel for Defendants that the initial Case Management Conference

28 currently scheduled for October 25, 2006, is continued for approximately 45 days, to a date to be

decided by the Court. Pursuant to the Order Setting Initial Case Management Conference and ADR Deadlines, all other deadlines are continued accordingly.

    IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation is not an appearance and will not in any way be considered an acceptance of jurisdiction or waiver of service and that Defendants reserve all of their rights to contest or object to personal jurisdiction in this matter and reserve all other defenses, including those under Rule 12 of the Federal Rules of Civil Procedure.

DATED: September 26, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ *[signature]*
Loren Kieve
Thomas E. Wallerstein
Attorneys for Defendants Mueller Industries, Inc.; Mueller Europe Ltd.; WTC Holding Company, Inc.; and Deno Holding Company, Inc.

*Of Counsel:*
William H. Rooney

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone: 212/728-8000

DATED: September 26, 2006

COLLETTE ERICKSON FARMER & O'NEILL LLP

By /s/ William S. Farmer /TEW/ with permission
William S. Farmer
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, California 94104
Telephone: 415/788-4646
Facsimile: 415/788-6929

Attorneys for Defendant KME America Inc.

|     |                                    |                                                                                                                                                                                             |
|-----|------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1   |                                    |                                                                                                                                                                                             |
| 2   |                                    | *Of Counsel:*<br>David Gelfand                                                                                                                                                              |
| 3   |                                    | Matthew I. Bachrack<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP                                                                                                                                 |
| 4   |                                    | 2000 Pennsylvania Avenue, N.W.                                                                                                                                                              |
| 5   |                                    | Washington, DC 20006-1500<br>Telephone:    202/974-1500                                                                                                                                     |
| 6   |                                    | Facsimile:    202/974-1999                                                                                                                                                                  |
| 7   |                                    |                                                                                                                                                                                             |
| 8   | DATED: September 26, 2006          | HELLER EHRMAN LLP                                                                                                                                                                           |
| 9   |                                    |                                                                                                                                                                                             |
| 10  |                                    | By  *David M. Goldstein* /EN/ with permission                                                                                                                                               |
| 11  |                                    | David M. Goldstein<br>HELLER EHRMAN LLP                                                                                                                                                     |
| 12  |                                    | 333 Bush Street<br>San Francisco, California 94014                                                                                                                                          |
| 13  |                                    | Telephone:    415/772-6000<br>Facsimile:    415/772-6268                                                                                                                                    |
| 14  |                                    |                                                                                                                                                                                             |
| 15  |                                    | Attorneys for Defendant Wieland Metals, Inc.                                                                                                                                                |
| 16  |                                    | *Of Counsel:*                                                                                                                                                                               |
| 17  |                                    | Moses Silverman                                                                                                                                                                             |
| 18  |                                    | Aidan Synnott<br>Danielle M. Aguirre                                                                                                                                                        |
| 19  |                                    | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP                                                                                                                                                |
| 20  |                                    | 1285 Avenue of the Americas<br>New York, NY 10019                                                                                                                                           |
| 21  |                                    | Telephone:    212/373-3000<br>Facsimile:    212/757-3990                                                                                                                                    |
| 22  |                                    |                                                                                                                                                                                             |
| 23  |                                    |                                                                                                                                                                                             |
| 24  |                                    |                                                                                                                                                                                             |
| 25  |                                    |                                                                                                                                                                                             |
| 26  |                                    |                                                                                                                                                                                             |
| 27  |                                    |                                                                                                                                                                                             |
| 28  |                                    |                                                                                                                                                                                             |

| | | |
|---|---|---|
| 1 | DATED: September 26, 2006 | COBLENTZ, PATCH, DUFFY & BASS, LLP |

By _Howard A. Slavitt /TBW/ with permission_
Howard A. Slavitt
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone:   415/391-4800
Facsimile:   415/989-1663

Attorneys for Defendants Outokumpu Copper (U.S.A.), Inc.; Outokumpu Franklin, Inc.; and Outokumpu Heatcraft USA, LLC

*Of Counsel:*

Kevin M. Kearney
Robert J. Fluskey, Jr.
HODGSON RUSS LLP
One M & T Plaza, Suite 2000
Buffalo, New York 14203
Telephone:   716/856-4000
Facsimile:   716/849-0349

Eric J. Mahr
Michelle D. Miller
Wilmer Cutler Pickering Hale & Dorr
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006

DATED: September 26, 2006          SAVERI & SAVERI, INC

By _Cadio Zirpoli /TBW/ with permission_
Cadio Zirpoli
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone:   415/217-6810
Facsimile:   415/217-6813

Attorneys for Plaintiffs Edward Carpinelli, Aram Ovsepian, G&M Appliances, and John Rinaldi

**[Proposed] Order**

AND NOW, upon consideration of the parties' Stipulation to Continue Initial Case Management Conference, PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED that the Initial Case Management Conference and all other deadlines are continued until December 13, 2006.

DATED: September 28, 2006



Judge James Larson