UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD CARPINELLI, ARAM OVSEPIAN, G&M APPLIANCES, and JOHN RINALDI on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BOLIDEN AB; OUTOKUMPU COPPER FABRICATION AB F/K/A BOLIDEN FACRICATION AB; OUTOKUMPU COPPER BCZ SA F/K/A BOLIDEN CUIVRE & ZINC S.A.; HALCOR S.A.; HME NEDERLAND BV; IMI PLC; IMI KYNOCH LTD./KYNOCH WORKS; YORKSHIRE COPPER TUBE LTD. F/K/A IMI YORKSHIRE COPPER TUBE LTD.; KM EUROPA METAL AG; KME AMERICA INC.; TREFIMETAUX SA; EUROPA METALLI S.P.A.; MUELLER INDUSTRIES, INC.; WTC HOLDING COMPANY, INC.; MUELLER EUROPE LTD.; DENO HOLDING COMPANY, INC.; DENO ACQUISITION EURL; OUTOKUMPU OYJ; OUTOKUMPU COPPER PRODUCTS OY; OUTOKUMPU COPPER (U.S.A.) INC.; OUTOKUMPU FRANKLIN, INC.; OUTOKUMPU HEATCRAFT USA, LLC; WIELAND WERKE AG; WIELAND METALS, INC.; AUSTRIA BUNTMETALL AG; and BUNTMETALL AMSTETTEN GMBH. <br><br> Defendants. | No. C 06-04528 JL <br><br> ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND EXTENDING TIME FOR CERTAIN DEFENDANTS TO RESPOND TO THE COMPLAINT |

AND NOW, upon consideration of the parties' Stipulation to Continue Initial Case Management Conference And To Extend Time For Certain Defendants To Respond To The Complaint, PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED that the Initial Case Management Conference and all other deadlines are continued

7
STIPULATION & ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

1  until <u>February 14, 2007</u>, ~~2006~~ XXX. Defendants KME America Inc.; Mueller Industries, Inc.;
2  Mueller Europe Ltd.; Deno Holding Company, Inc.; WTC Holding Company, Inc.; Wieland
3  Metals, Inc.; Outokumpu Copper (U.S.A.), Inc.; Outokumpu Franklin, Inc.; Outokumpu Heatcraft
4  USA, LLC; IMI plc and IMI Kynoch, Ltd. shall have to and including January 31, 2006 to respond
5  to the Complaint.

BY THE COURT:

IT IS SO ORDERED

United S_____
Judge James Larson

8
STIPULATION & ORDER EXTENDING TIME TO RESPOND TO COMPLAINT