1 WILLIAM S. FARMER (State Bar No. 46694)
COLLETTE ERICKSON FARMER & O'NEILL LLP
2 235 Pine Street, Suite 1300
San Francisco, California 94104
3 Telephone: (415) 788-4646
Facsimile: (415) 788-6929
4
Attorneys for Defendant
5 KME AMERICA, INC.

6 [Additional counsel listed on signature pages]

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 EDWARD CARPINELLI, ARAM OVSEPIAN,
   G&M APPLIANCES, and JOHN RINALDI on          No. C 06-04528 JL
13 behalf of themselves and all others similarly
   situated,
14
                                                 STIPULATION EXTENDING TIME
15              Plaintiffs,                       FOR DEFENDANTS KME AMERICA
                                                 INC.; MUELLER INDUSTRIES, INC.;
16        v.                                     DENO HOLDING COMPANY, INC.;
                                                 WTC HOLDING COMPANY, INC.;
17 BOLIDEN AB; OUTOKUMPU COPPER                  WIELAND METALS, INC.;
   FABRICATION AB F/K/A BOLIDEN                  OUTOKUMPU COPPER (U.S.A.),
18 FACRICATION AB; OUTOKUMPU COPPER              INC.; OUTOKUMPU FRANKLIN,
   BCZ SA F/K/A BOLIDEN CUIVRE & ZINC            INC.; AND OUTOKUMPU
19 S.A.; HALCOR S.A.; HME NEDERLAND              HEATCRAFT USA, LLC TO
   BV; IMI PLC; IMI KYNOCH LTD./KYNOCH           RESPOND TO PLAINTIFFS'
20 WORKS; YORKSHIRE COPPER TUBE LTD.             COMPLAINT
   F/K/A IMI YORKSHIRE COPPER TUBE
21 LTD.; KM EUROPA METAL AG; KME                 AND ORDER
   AMERICA INC.; TREFIMETAUX SA;
22 EUROPA METALLI S.P.A.; MUELLER
   INDUSTRIES, INC.; WTC HOLDING
23 COMPANY, INC.; MUELLER EUROPE
   LTD.; DENO HOLDING COMPANY, INC.;
24 DENO ACQUISITION EURL;
25
26 CAPTION CONTINUED ON NEXT PAGE
27
28
                                          1

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

KMEC 9.3

1  OUTOKUMPU OYJ; OUTOKUMPU
2  COPPER PRODUCTS OY; OUTOKUMPU
   COPPER (U.S.A.) INC.; OUTOKUMPU
3  FRANKLIN, INC.; OUTOKUMPU
   HEATCRAFT USA, LLC; WIELAND
4  WERKE AG; WIELAND METALS, INC.;
   AUSTRIA BUNTMETALL AG; and
5  BUNTMETALL AMSTETTEN GMBH.

6
            Defendants.
7

8

9       WHEREAS, KME AMERICA INC.; MUELLER INDUSTRIES, INC.; DENO HOLDING

10 COMPANY, INC.; WTC HOLDING COMPANY, INC.; WIELAND METALS, INC.;

11 OUTOKUMPU COPPER (U.S.A.), INC.; OUTOKUMPU FRANKLIN, INC.; AND

12 OUTOKUMPU HEATCRAFT USA, LLC are defendants in the above-captioned matter; and

13      WHEREAS, the first Case Management Conference in this matter is presently scheduled

14 for October 25, 2006; and

15      WHEREAS, plaintiffs are considering consolidation of this action with related actions

16 currently pending in other jurisdictions; and

17      WHEREAS, plaintiffs and said defendants seek to avoid unnecessarily expending the

18 resources of the parties and the Court;

19      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between

20 counsel for plaintiffs and counsel for the above-named defendants that said defendants shall have

21 to and including September 29, 2006, to serve an answer or other response to the Complaint.

22      IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation is not an

23 appearance and will not in any way be considered an acceptance of jurisdiction or waiver of

24 service and that said defendants reserve all of their rights to contest or object to personal or subject

25 matter jurisdiction in this matter and reserve all other defenses including under Rule 12 of the

26 Federal Rules of Civil Procedure.

27

28

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

2
STIPULATION & ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
KMEC 9.3

1    Dated: August 14, 2006      COLLETTE ERICKSON FARMER & O'NEILL LLP

2

3                            By: _____
                                   William S. Farmer

4

5                            William S. Farmer
                           COLLETTE ERICKSON FARMER & O'NEILL LLP

6                            235 Pine Street, Suite 1300
                           San Francisco, California 94104

7                            Telephone:    415/788-4646
                           Facsimile:    415/788-6929

8

9                            Attorneys for Defendant
                           KME AMERICA INC.

10                            *Of Counsel:*

11                            David Gelfand
                           Matthew I. Bachrack

12                            CLEARY GOTTLIEB STEEN & HAMILTON LLP
                           2000 Pennsylvania Avenue, N.W.

13                            Washington, DC 20006-1500
                           Telephone:    202/974-1500

14                            Facsimile:    202/974-1999

15

16    Dated: August 14, 2006      QUINN EMANUEL URQUHART OLIVER & HEDGES

17

18                            By: _____
                                   Loren Kieve   by WSF w/ permission

19                            Loren Kieve
                           Thomas E. Wallerstein

20                            QUINN EMANUEL URQUHART OLIVER & HEDGES
                           50 California Street, 22nd Floor

21                            San Francisco, California 94111
                           Telephone:    415/875-6600

22                            Facsimile:    415/875-6700

23                            Attorneys for Defendants

24                            MUELLER INDUSTRIES, INC.; DENO HOLDING
                           COMPANY, INC; and WTC HOLDING COMPANY, INC.

25

26

27

28

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

STIPULATION & ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

KMEC 9.3

*Of Counsel:*

William H. Rooney
Kelly M. Hnatt
Matthew P. Bosher
Maren H.P. Wax
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone:    212/728-8000

Dated: August 14, 2006          HELLER EHRMAN LLP


By:    _David Goldstein_ by WSF w/permission
          David M. Goldstein

David M. Goldstein
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94014
Telephone:    415/772-6000
Facsimile:    415/772-6268

Attorneys for Defendant
WIELAND METALS, INC.

*Of Counsel:*

Moses Silverman
Aidan Synnott
Danielle M. Aguirre
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone:    212/373-3000
Facsimile:    212/757-3990

Dated: August 14, 2006          COBLENTZ, PATCH, DUFFY & BASS, LLP


By:    _Howard A. Slavitt_ by WSF w/permission
          Howard A. Slavitt

Howard A. Slavitt
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone:    415/391-4800
Facsimile:    415/989-1663

4

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

STIPULATION & ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

KMEC 9.3

Attorneys for Defendants
OUTOKUMPU COPPER (U.S.A.), INC.;
OUTOKUMPU FRANKLIN, INC.; and
OUTOKUMPU HEATCRAFT USA, LLC

*Of Counsel:*

Kevin M. Kearney
Robert J. Fluskey, Jr.
HODGSON RUSS LLP
One M & T Plaza, Suite 2000
Buffalo, New York 14203
Telephone:     716/856-4000
Facsimile:     716/849-0349

Eric J. Mahr
Michelle D. Miller
Wilmer Cutler Pickering Hale & Dorr
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006

Dated: August 14, 2006          SAVERI & SAVERI, INC.


By:  *Cadio Zirpoli*
          Cadio Zirpoli          by WSF w/ permission

Cadio Zirpoli
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone:     415/217-6810
Facsimile:     415/217-6813

Attorneys for Plaintiffs
EDWARD CARPINELLI, ARAM OVSEPIAN, G&M
APPLIANCES, and JOHN RINALDI

IT IS SO ORDERED

Judge Martin J. Jenkins

1/3/2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION & ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

KMEC 9.3

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646