```
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Loren Kieve (Bar No. 56280)
   lorenkieve@quinnemanuel.com
   Thomas E. Wallerstein (Bar No. 232086)
   tomwallerstein@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Of Counsel:

WILLKIE FARR & GALLAGHER LLP
   William H. Rooney
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000

Attorneys for Mueller Industries, Inc.; Mueller Europe Ltd.;
WTC Holding Company, Inc.; and Deno Holding Company, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD CARPINELLI, ARAM OVSEPIAN, G&M APPLIANCES, and JOHN RINALDI on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOLIDEN AB; OUTOKUMPU COPPER FABRICATION AB F/K/A BOLIDEN FACRICATION AB; OUTOKUMPU COPPER BCZ SA F/K/A BOLIDEN CUIVRE & ZINC S.A.; HALCOR S.A.; HME NEDERLAND BV; IMI PLC; IMI KYNOCH LTD./KYNOCH WORKS; YORKSHIRE COPPER TUBE LTD. F/K/A IMI YORKSHIRE COPPER TUBE LTD.; KM EUROPA METAL AG; KME AMERICA INC.; TREFIMETAUX SA; EUROPA METALLI S.P.A.; MUELLER INDUSTRIES, INC.;<br><br>CAPTION CONTINUED ON NEXT PAGE | No. C 06-04528 JL<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS KME AMERICA, INC.; MUELLER INDUSTRIES, INC.; MUELLER EUROPE LTD.; DENO HOLDING COMPANY, INC.; WTC HOLDING COMPANY, INC.; WIELAND METALS, INC.; OUTOKUMPU COPPER (U.S.A.), INC.; OUTOKUMPU FRANKLIN, INC.; AND OUTOKUMPU HEATCRAFT USA, LLC TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>AND ORDER |

| |
|---|
| 1  WTC HOLDING COMPANY, INC.; MUELLER EUROPE LTD.; DENO HOLDING COMPANY, INC.; DENO ACQUISITION EURL; OUTOKUMPU OYJ; OUTOKUMPU COPPER PRODUCTS OY; OUTOKUMPU COPPER (U.S.A.) INC.; OUTOKUMPU FRANKLIN, INC.; OUTOKUMPU HEATCRAFT USA, LLC; WIELAND WERKE AG; WIELAND METALS, INC.; AUSTRIA BUNTMETALL AG; and BUNTMETALL AMSTETTEN GMBH. |
| Defendants. |

10    WHEREAS, KME America Inc.; Mueller Industries, Inc.; Mueller Europe Ltd.; Deno
11 Holding Company, Inc.; WTC Holding Company, Inc.; Wieland Metals, Inc.; Outokumpu Copper
12 (U.S.A.), Inc.; Outokumpu Franklin, Inc.; and Outokumpu Heatcraft USA, LLC ("Defendants")
13 are defendants in the above-captioned matter; and

14    WHEREAS, plaintiffs are considering seeking coordination or consolidation of this action
15 with related actions currently pending in other jurisdictions; and

16    WHEREAS, plaintiffs and Defendants seek to avoid unnecessarily expending the resources
17 of the parties and the Court;

18    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between
19 counsel for plaintiffs and counsel for Defendants that Defendants shall have to and including
20 November 30, 2006, to serve an answer or other response to the Complaint.

21    IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation is not an
22 appearance and will not in any way be considered an acceptance of jurisdiction or waiver of
23 service and that Defendants reserve all of their rights to contest or object to personal jurisdiction in
24 this matter and reserve all other defenses, including those under Rule 12 of the Federal Rules of
25 Civil Procedure.

DATED: September 26, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Wallerstein
Loren Kieve
Thomas E. Wallerstein
Attorneys for Mueller Industries, Inc.; Mueller Europe Ltd.; WTC Holding Company, Inc.; and Deno Holding Company, Inc.

*Of Counsel:*

William H. Rooney
Kelly M. Hnatt
Matthew P. Bosher
Maren H.P. Wax
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone: 212/728-8000

DATED: September 26, 2006

COLLETTE ERICKSON FARMER & O'NEILL LLP

By /s/ William S. Farmer / TEW w/ permission
William S. Farmer
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, California 94104
Telephone: 415/788-4646
Facsimile: 415/788-6929

Attorneys for Defendant KME America Inc.

*Of Counsel:*

David Gelfand
Matthew I. Bachrack
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006-1500
Telephone: 202/974-1500
Facsimile: 202/974-1999

| | | |
|---|---|---|
| 1 | DATED: September 26, 2006 | HELLER EHRMAN LLP |

By *David M. Goldstein* /TBW/ with permission
David M. Goldstein
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94014
Telephone: 415/772-6000
Facsimile: 415/772-6268

Attorneys for Defendant Wieland Metals, Inc.

*Of Counsel:*

Moses Silverman
Aidan Synnott
Danielle M. Aguirre
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: 212/373-3000
Facsimile: 212/757-3990

DATED: September 26, 2006        COBLENTZ, PATCH, DUFFY & BASS, LLP

By *Howard A. Slavitt* /TBW/ with permission
Howard A. Slavitt
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone: 415/391-4800
Facsimile: 415/989-1663

Attorneys for Defendants Outokumpu Copper (U.S.A.) Inc., Outokumpu Franklin, Inc., and Outokumpu Heatcraft USA, LLC

*Of Counsel:*

Kevin M. Kearney
Robert J. Fluskey, Jr.
HODGSON RUSS LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203
Telephone: 716/856-4000
Facsimile: 716/849-0349

|   |   |
|---|---|
|   | Eric J. Mahr<br>Michelle D. Miller<br>Wilmer Cutler Pickering Hale & Dorr<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006 |
| DATED: September 26, 2006 | SAVERI & SAVERI, INC.<br><br>By *Cadio Zirpoli* /TBW/ with permission<br>Cadio Zirpoli<br>SAVERI & SAVERI, INC.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Telephone: 415/217-6810<br>Facsimile: 415/217-6813<br><br>Attorneys for Plaintiffs Edward Carpinelli, Aram Ovsepian, G&M Appliances, and John Rinaldi |



IT IS SO ORDERED
Judge Martin J. Jenkins
1/3/2007
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA