Joshua N. Holian, Esq. (#211772)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: *joshua.holian@lw.com*

Of Counsel:
Mark S. Olson
Ranelle A. Leier
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100
Email: *molson@oppenheimer.com*
      *rleier@oppenheimer.com*

**ATTORNEYS FOR DEFENDANTS
IMI PLC AND IMI KYNOCH, LTD.**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| EDWARD CARPINELLI, ARAM OVSEPIAN, G & M APPLIANCES, and JOHN RINALDI, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BOLIDEN AB; OUTOKUMPU COPPER FABRICATION AB F/K/A BOLIDEN FABRICATION AB; OUTOKUMPU COPPER BCZ SA F/K/A BOLIDEN CUIVRE & ZINC S.A.; HALCOR S.A.; HME NEDERLAND BD; IMI PLC; IMI KYNOCH LTD./KYNOCH WORKS; YORKSHIRE COPPER TUBE LTD.; KM EUROPA METAL AG; KME AMERICA INC.; TREIMETAUX SA; EUROPA METALLI SPA;<br><br>CAPTION CONTINUED ON NEXT PAGE | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. C06-4528-JL<br><br><br><br><br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS IMI PLC AND IMI KYNOCH LTD. TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>    AND ORDER |

1  MUELLER INDUSTRIES, INC.; WTC
2  HOLDING COMPANY, INC.; MUELLER
   EUROPE LTD.; DENO HOLDING
3  COMPANY, INC.; DENO ACQUISITION
   EURL; OUTOKUMPU OYJ;
4  OUTOKUMPU COPPER PRODUCTS OY;
   OUKOKUMPU COPPER (U.S.A.) INC.;
5  OUTOKUMPU FRANKLIN, INC.;
   OUTOKUMPU HEATCRAFT USA, LLC;
6  WIELAND WERKE AG; WIELAND
7  METALS, INC.; AUSTRIA BUNTMETALL
   AG; and BUNTMETALL AMSTETTEN
8  GMBH,

9          Defendants.

10 _____

11         WHEREAS, IMI plc and IMI Kynoch Ltd. are defendants in the above-captioned matter;
12 and

13         WHEREAS, plaintiffs are considering seeking coordination or consolidation of this

   action with related actions currently pending in other jurisdictions; and

14         WHEREAS, plaintiffs and Defendants seek to avoid unnecessarily expending the

15 resources of the parties and the Court;

16         NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between

17 counsel for plaintiffs and counsel for Defendants that Defendants shall have to and including

18 November 30, 2006, to serve an answer or other response to the Complaint.

19         IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation is not an

20 appearance and will not in any way be considered an acceptance of jurisdiction or waiver of

21 service and that Defendants reserve all of their rights to contest or object to personal jurisdiction

22 in this matter and reserve all other defenses, including those under Rule 12 of the Federal Rules

23 of Civil Procedure.

24

25

26

27

28

                                                    2

Date: 10/24/2006        LATHAM & WATKINS

By _____
    Joshua N. Holian (#211772)
    LATHAM & WATKINS LLP
    505 Montgomery Street
    Suite 2000
    San Francisco, CA 94111-2562
    Telephone: 415/391-0600
    Facsimile: 415/395-8095

Attorneys for Defendants IMI plc and IMI Kynoch, Ltd.

Date: 10/24/2006        SAVERI & SAVERI, INC.

By Cadio Zirpoli / with Permission
    Cadio Zirpoli
    SAVERI & SAVERI, INC.
    111 Pine Street, Suite 1700
    San Francisco, CA 94111
    Telephone: 415/217-6810
    Facsimile: 415/217-6813

Attorneys for Plaintiffs Edward Carpinelli, Aram Ovsepian, G&M Appliances, and John Rinaldi

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Martin J. Jenkins

1/3/2007

NORTHERN DISTRICT OF CALIFORNIA

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT     EDWARD CARPINELLI, ET AL V. BOLIDEN AB, ET AL.
    CASE NO. C 06-04528 JL