1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Loren Kieve (Bar No. 56280)
2     lorenkieve@quinnemanuel.com
     Thomas E. Wallerstein (Bar No. 232086)
3     tomwallerstein@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone:     (415) 875-6600
5  Facsimile:      (415) 875-6700

6  Of Counsel:

7  WILLKIE FARR & GALLAGHER LLP
     William H. Rooney
8  787 Seventh Avenue
   New York, New York 10019
9  Telephone: (212) 728-8000

10 Attorneys for Mueller Industries, Inc.; Mueller
   Europe Ltd.; WTC Holding Company, Inc. and
11 Deno Holding Company, Inc.

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
                         SAN FRANCISCO DIVISION
15

16 EDWARD CARPINELLI, ARAM            CASE NO. C 06-04528-MJJ
   OVSEPIAN, G&M APPLIANCES, and JOHN
   RINALDI on behalf of themselves and all
17 others similarly situated,

18         Plaintiffs,                Stipulation and [proposed] order continuing
                                      case management conference and extending
19     vs.                            time for defendants KME America Inc.;
                                      Mueller Industries, Inc.; Mueller Europe
20 BOLIDEN AB; OUTOKUMPU COPPER       Ltd.; Deno Holding Company, Inc.; WTC
   FABRICATION AB F/K/A BOLIDEN       Holding Company, Inc.; Wieland Metals,
21 FACRICATION AB; OUTOKUMPU          Inc.; Outokumpu Copper (U.S.A.), Inc.;
   COPPER BCZ SA F/K/A BOLIDEN        Outokumpu Franklin, Inc.; Outokumpu
22 CUIVRE & ZINC S.A.; HALCOR S.A.; HME  Heatcraft USA, LLC; IMI plc and IMI
   NEDERLAND BV; IMI PLC; IMI KYNOCH  Kynoch Ltd. to respond to plaintiffs'
23 LTD./KYNOCH WORKS; YORKSHIRE       complaint
   COPPER TUBE LTD. F/K/A IMI
24 YORKSHIRE COPPER TUBE LTD.; KM
   EUROPA METAL AG; KME AMERICA
25 INC.; TREFIMETAUX SA; EUROPA
   METALLIS S.P.A.; MUELLER
26 INDUSTRIES, INC.; WTC HOLDING
   COMPANY, INC.; MUELLER EUROPE
27 LTD.; DENO HOLDING COMPANY, INC.;

28 CAPTION CONTINUED ON NEXT PAGE

20139/2039787.1

Case No. C 06-04528-MJJ
Stipulation and [proposed] order continuing case management conference
and extending time to respond to complaint

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | DENO ACQUISITION EURL;<br>OUTOKUMPU OYJ; OUTOKUMPU<br>COPPER PRODUCTS OY; OUTOKUMPU<br>COPPER (U.S.A.) INC.; OUTOKUMPU<br>FRANKLIN, INC.; OUTOKUMPU<br>HEATCRAFT USA, LLC; WIELAND<br>WERKE AG; WIELAND METALS, INC.;<br>AUSTRIA BUNTMETALL AG; and<br>BUNTMETALL AMSTETTEN GMBH.<br><br>          Defendants. |

      WHEREAS, KME America Inc.; Mueller Industries, Inc.; Mueller Europe Ltd.; Deno Holding Company, Inc.; WTC Holding Company, Inc.; Wieland Metals, Inc.; Outokumpu Copper (U.S.A.), Inc.; Outokumpu Franklin, Inc.; Outokumpu Heatcraft USA, LLC; IMI plc and IMI Kynoch Ltd. ("Defendants") are defendants in the above-captioned matter; and

      WHEREAS, plaintiffs are considering seeking coordination or consolidation of this action with related actions currently pending in other jurisdictions; and

      WHEREAS, plaintiffs and Defendants seek to avoid unnecessarily expending the resources of the parties and the Court;

      NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for Defendants that the Case Management Conference scheduled for February 27, 2007 shall be continued for approximately 120 days, date to be determined by the Court.

      IT IS HEREBY FURTHER STIPULATED AND AGREED that Defendants shall have to and including May 31, 2007, to serve an answer or other response to the Complaint.

      IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation is not an appearance and will not in any way be considered an acceptance of jurisdiction or waiver of service and that Defendants reserve all of their rights to contest or object to personal jurisdiction in this matter and reserve all other defenses, including those under Rule 12 of the Federal Rules of Civil Procedure.

20139/2039787.1

-2-    Case No. C 06-04528-MJJ
Stipulation and [proposed] order continuing case management conference
and extending time to respond to complaint

| | | |
|---|---|---|
| 1 | DATED: January 26, 2007 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |

By: /s/ Loren Kieve
Loren Kieve
Thomas E. Wallerstein
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Defendants
Mueller Industries, Inc.; Mueller Europe Ltd.;
Deno Holding Company, Inc.; and WTC Holding
Company, Inc.

*Of Counsel:*

William H. Rooney
Kelly M. Hnatt
Matthew P. Bosher
Maren H.P. Wax
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone:   (212) 728-8000

DATED: January 26, 2007

COLLETTE ERICKSON FARMER & O'NEILL LLP

By: /s/ William S. Farmer
William S. Farmer
235 Pine Street, Suite 1300
San Francisco, California 94104
Telephone:   (415) 788-4646
Facsimile:    (415) 788-6929

Attorneys for Defendant
KME America Inc.

*Of Counsel:*

David I. Gelfand
Matthew I. Bachrack
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006-1500
Telephone:   (202) 974-1500
Facsimile:    (202) 974-1999

20139/2039787.1

-3-                                                                   Case No. C 06-04528-MJJ
Stipulation and [proposed] order continuing case management conference
and extending time to respond to complaint

1  DATED: January 26, 2007                HELLER EHRMAN LLP

By: /s/ David M. Goldstein (TBW)
David M. Goldstein
333 Bush Street
San Francisco, California 94014
Telephone:  (415) 772-6000
Facsimile:  (415) 772-6268

Attorneys for Defendant
Wieland Metals, Inc.

*Of Counsel:*

Moses Silverman
Aidan Synnott
Danielle Aguirre
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

DATED: January 26, 2007                COBLENTZ, PATCH, DUFFY & BASS

By: /s/ Frederick S. Fields (TBW)
Frederick S. Fields
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone:  (415) 391-4800
Facsimile:  (415) 989-1663

Attorneys for Defendants
Outokumpu Copper (U.S.A.), Inc.; Outokumpu Franklin, Inc.; and Outokumpu Heatcraft USA, LLC

*Of Counsel:*

Kevin M. Kearney
Hodgson Russ LLP
One M & T Plaza, Suite 2000
Buffalo, New York  14203
Telephone:  (716) 856-4000
Facsimile:  (716) 849-0349

Eric J. Mahr
Wilmer Cutler Pickering Hale & Dorr
1875 Pennsylvania Avenue, NW
Washington, D.C.  20006

| | | |
|---|---|---|
| 1 | DATED: January 26, 2007 | LATHAM & WATKINS LLP |
| 2 | | |
| 3 | | By: /s/ Joshua Holian /TKW |
| 4 | | Joshua N. Holian |
| | | Peter K. Huston |
| 5 | | 505 Montgomery Street |
| | | Suite 2000 |
| 6 | | San Francisco, California 94111-2562 |
| | | Telephone:    (415) 391-0600 |
| 7 | | Facsimile:     (415) 395-8095 |
| 8 | | Attorneys for Defendants |
| | | IMI plc and IMI Kynoch Ltd. |
| 9 | | *Of Counsel:* |
| 10 | | Mark S. Olson |
| 11 | | Ranelle A. Leier |
| | | Oppenheimer Wolff & Donnelly LLP |
| 12 | | 45 South Seventh Street |
| | | Plaza VII, Suite 3300 |
| 13 | | Minneapolis, Minnesota 55402 |
| | | Telephone:    (612) 607-7000 |
| 14 | | Facsimile:     (612) 607-7100 |
| 15 | | |
| 16 | DATED: January 25, 2007 | SAVERI & SAVERI, INC. |
| 17 | | |
| 18 | | By: /s/ Cadio Zirpoli /RAS |
| | | Cadio Zirpoli |
| 19 | | Cadio Zirpoli |
| 20 | | 111 Pine Street, Suite 1700 |
| | | San Francisco, California 94111 |
| 21 | | Telephone:    (415) 217-6810 |
| | | Facsimile:     (415) 217-6813 |
| 22 | | Attorneys for Plaintiffs |
| 23 | | Edward Carpinelli, Aram Ovsepian, G&M Appliances, and John Rinaldi |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

20139/2039787.1

1  [Pro~~posed~~] **Order**

2  Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ordered
3  that the Case Management Conference currently scheduled for February 27, 2007 is continued to
4  _____ June 19 _____, 2007.

5  It is hereby further ordered that defendants KME America Inc.; Mueller Industries, Inc.;
6  Mueller Europe Ltd.; Deno Holding Company, Inc.; WTC Holding Company, Inc.; Wieland
7  Metals, Inc.; Outokumpu Copper (U.S.A.), Inc.; Outokumpu Franklin, Inc.; Outokumpu Heatcraft
8  USA, LLC; IMI plc and IMI Kynoch Ltd. shall have to and including May 31, 2007, to serve an
9  answer or other response to the Complaint.

10  DATED: ~~January      , 2007~~    February 12, 2007

*[signature: Martin J. Jenkins]*

_____
Hon. Martin J. Jenkins

-6-   Case No. C 06-04528-MJJ
Stipulation and [proposed] order continuing case management conference
and extending time to respond to complaint

20139/2039787.1