QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Loren Kieve (Bar No. 56280)
  lorenkieve@quinnemanuel.com
  Thomas E. Wallerstein (Bar No. 232086)
  tomwallerstein@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Of Counsel:

WILLKIE FARR & GALLAGHER LLP
  William H. Rooney
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000

Attorneys for Mueller Industries, Inc.; Mueller
Europe Ltd.; WTC Holding Company, Inc. and
Deno Holding Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD CARPINELLI, ARAM OVSEPIAN, G&M APPLIANCES, and JOHN RINALDI on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BOLIDEN AB; OUTOKUMPU COPPER FABRICATION AB F/K/A BOLIDEN FACRICATION AB; OUTOKUMPU COPPER BCZ SA F/K/A BOLIDEN CUIVRE & ZINC S.A.; HALCOR S.A.; HME NEDERLAND BV; IMI PLC; IMI KYNOCH LTD./KYNOCH WORKS; YORKSHIRE COPPER TUBE LTD. F/K/A IMI YORKSHIRE COPPER TUBE LTD.; KM EUROPA METAL AG; KME AMERICA INC.; TREFIMETAUX SA; EUROPA METALLIS S.P.A.; MUELLER INDUSTRIES, INC.; WTC HOLDING COMPANY, INC.; MUELLER EUROPE LTD.; DENO HOLDING COMPANY, INC.; | CASE NO. C 06-04528-MJJ<br><br><br>**Stipulation and [proposed] order continuing case management conference and extending time for defendants KME America Inc.; Mueller Industries, Inc.; Mueller Europe Ltd.; Deno Holding Company, Inc.; WTC Holding Company, Inc.; Wieland Metals, Inc.; Outokumpu Copper Fabrication AB f/k/a Boliden Fabrication AB; Outokumpu Copper BCZ SA f/k/a Boliden Cuivre & Zinc S.A.; Outokumpu Oyj; Outokumpu Copper Products Oy; Outokumpu Copper (U.S.A.), Inc.; Outokumpu Copper Franklin, Inc.; Outokumpu Heatcraft USA, LLC; IMI plc and IMI Kynoch Ltd. to respond to plaintiffs' complaint** |

20139/2039787.1

Case No. C 06-04528-MJJ
Stipulation and [proposed] order continuing case management conference
and extending time to respond to complaint

1  DENO ACQUISITION EURL;
   OUTOKUMPU OYJ; OUTOKUMPU
2  COPPER PRODUCTS OY; OUTOKUMPU
   COPPER (U.S.A.) INC.; OUTOKUMPU
3  COPPER FRANKLIN, INC.; OUTOKUMPU
   HEATCRAFT USA, LLC; WIELAND
4  WERKE AG; WIELAND METALS, INC.;
   AUSTRIA BUNTMETALL AG; and
5  BUNTMETALL AMSTETTEN GMBH,

6              Defendants.

7

8

9          WHEREAS, KME America Inc.; Mueller Industries, Inc.; Mueller Europe Ltd.; Deno

10  Holding Company, Inc.; WTC Holding Company, Inc.; Wieland Metals, Inc.; Outokumpu Copper

11  Fabrication AB f/k/a Boliden Fabrication AB; Outokumpu Copper BCZ SA f/k/a Boliden Cuivre

12  & Zinc S.A.; Outokumpu Oyj; Outokumpu Copper Products Oy; Outokumpu Copper (U.S.A.),

13  Inc.; Outokumpu Copper Franklin, Inc.; Outokumpu Heatcraft USA, LLC; IMI plc and IMI

14  Kynoch Ltd. ("Defendants") are defendants in the above-captioned matter; and

15          WHEREAS, plaintiffs are considering seeking coordination or consolidation of this action

16  with related actions currently pending in other jurisdictions; and

17          WHEREAS, plaintiffs and Defendants seek to avoid unnecessarily expending the resources

18  of the parties and the Court;

19          NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between

20  counsel for plaintiffs and counsel for Defendants that the Case Management Conference scheduled

21  for June 19, 2007 shall be continued for approximately 180 days, date to be determined by the

22  Court.

23          IT IS HEREBY FURTHER STIPULATED AND AGREED that Defendants shall have to

24  and including September 28, 2007, to serve an answer or other response to the Complaint.

25          IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation is not an

26  appearance and will not in any way be considered an acceptance of jurisdiction or waiver of

27  service and that Defendants reserve all of their rights to contest or object to personal jurisdiction in

28

-2-                                    Case No. C 06-04528-MJJ
Stipulation and [proposed] order continuing case management conference
and extending time to respond to complaint

1  this matter and reserve all other defenses, including those under Rule 12 of the Federal Rules of

2  Civil Procedure.

3  DATED: May 30, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

4

By: _____

5  Loren Kieve
Thomas E. Wallerstein
6  50 California Street, 22nd Floor
San Francisco, California  94111
7  Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

8

9  Attorneys for Defendants
Mueller Industries, Inc.; Mueller Europe Ltd.;
10  Deno Holding Company, Inc.; and WTC Holding
Company, Inc.

11  *Of Counsel:*

12  William H. Rooney
Kelly M. Hnatt
13  Maren H.P. Wax
Willkie Farr & Gallagher LLP
14  787 Seventh Avenue
New York, NY  10019-6099
15  Telephone:    (212) 728-8000

16  DATED: May 30, 2007

COLLETTE ERICKSON FARMER & O'NEILL LLP

17

18  By: _____

19  William S. Farmer
235 Pine Street, Suite 1300
20  San Francisco, California  94104
Telephone:    (415) 788-4646
21  Facsimile:    (415) 788-6929

22  Attorneys for Defendant
KME America Inc.

23  *Of Counsel:*

24  David I. Gelfand
Matthew I. Bachrack
25  Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
26  Washington, DC  20006-1500
Telephone:    (202) 974-1500
27  Facsimile:    (202) 974-1999

28

DATED: May 30, 2007                    HELLER EHRMAN LLP

                                       By: David M. Goldstein TCW
                                          David M. Goldstein
                                          333 Bush Street
                                          San Francisco, California  94104
                                          Telephone:     (415) 772-6000
                                          Facsimile:     (415) 772-6268

                                       Attorneys for Defendant
                                       Wieland Metals, Inc.

                                       *Of Counsel:*

                                       Moses Silverman
                                       Aidan Synnott
                                       Danielle Aguirre
                                       Paul, Weiss, Rifkind, Wharton & Garrison LLP
                                       1285 Avenue of the Americas
                                       New York, NY  10019
                                       Telephone:     (212) 373-3000
                                       Facsimile:     (212) 757-3990

-4-                                    Case No. C 06-04528-MJJ

Stipulation and [proposed] order continuing case management conference
and extending time to respond to complaint

DATED:  May 30, 2007                    COBLENTZ, PATCH, DUFFY & BASS

By: Frederick S. Fields /TEW

Frederick S. Fields
One Ferry Building, Suite 200
San Francisco, California  94111
Telephone:    (415) 391-4800
Facsimile:    (415) 989-1663

Attorneys for Defendants
Outokumpu Copper Fabrication AB f/k/a Boliden
Fabrication AB; Outokumpu Copper BCZ SA f/k/a
Boliden Cuivre & Zinc S.A.; Outokumpu Oyj;
Outokumpu Copper Products Oy; Outokumpu
Copper (U.S.A.), Inc.; Outokumpu Copper
Franklin, Inc.; and Outokumpu Heatcraft USA,
LLC

*Of Counsel:*

Kevin M. Kearney
Hodgson Russ LLP
One M & T Plaza, Suite 2000
Buffalo, New York  14203
Telephone:    (716) 856-4000
Facsimile:    (716) 849-0349

Eric J. Mahr
Wilmer Cutler Pickering Hale & Dorr
1875 Pennsylvania Avenue, NW
Washington, D.C.  20006

20139/2039787.1

Stipulation and [proposed] order continuing case management conference
and extending time to respond to complaint

DATED: May 30, 2007

LATHAM & WATKINS LLP

By: _Joshua N. Holian /TBW_

Joshua N. Holian
Peter K. Huston
505 Montgomery Street
Suite 2000
San Francisco, California 94111-2562
Telephone:    (415) 391-0600
Facsimile:    (415) 395-8095

Attorneys for Defendants
IMI plc and IMI Kynoch Ltd.

*Of Counsel:*

Mark S. Olson
Ranelle A. Leier
Oppenheimer Wolff & Donnelly LLP
45 South Seventh Street
Plaza VII, Suite 3300
Minneapolis, Minnesota 55402
Telephone:    (612) 607-7000
Facsimile:    (612) 607-7100

DATED: May 30, 2007

SAVERI & SAVERI, INC.

By: _Cadio Zirpoli /TBW_

Cadio Zirpoli

Cadio Zirpoli
111 Pine Street, Suite 1700
San Francisco, California  94111
Telephone:    (415) 217-6810
Facsimile:    (415) 217-6813

Attorneys for Plaintiffs
Edward Carpinelli, Aram Ovsepian, G&M
Appliances, and John Rinaldi

20139/2039787.1

-6-

Case No. C 06-04528-MJJ

Stipulation and [proposed] order continuing case management conference
and extending time to respond to complaint

### [Proposed] Order

Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ordered that the Case Management Conference currently scheduled for June 19, 2007 is continued to _____September 25_____, 2007. at 2:00 pm.  A JOINT STATEMENT BY THE PARTIES IS DUE 7 DAYS BEFORE THE CONFERENCE.

It is hereby further ordered that defendants KME America Inc.; Mueller Industries, Inc.; Mueller Europe Ltd.; Deno Holding Company, Inc.; WTC Holding Company, Inc.; Wieland Metals, Inc.; Outokumpu Copper Fabrication AB f/k/a Boliden Fabrication AB; Outokumpu Copper BCZ SA f/k/a Boliden Cuivre & Zinc S.A.; Outokumpu Oyj; Outokumpu Copper Products Oy; Outokumpu Copper (U.S.A.), Inc.; Outokumpu Copper Franklin, Inc.; Outokumpu Heatcraft USA, LLC; IMI plc and IMI Kynoch Ltd. shall have to and including August 31, 2007, to serve an answer or other response to the Complaint.

DATED: ~~May~~ June 6 , 2007

_____
Hon. Martin J. Jenkins

20139/2039787.1