QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Loren Kieve (Bar No. 56280)
  lorenkieve@quinnemanuel.com
  Thomas E. Wallerstein (Bar No. 232086)
  tomwallerstein@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

Of Counsel:

WILLKIE FARR & GALLAGHER LLP
  William H. Rooney
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000

Attorneys for Mueller Industries, Inc.; Mueller Europe Ltd.; WTC Holding Company, Inc. and Deno Holding Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD CARPINELLI, ARAM OVSEPIAN, G&M APPLIANCES, and JOHN RINALDI on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BOLIDEN AB; OUTOKUMPU COPPER FABRICATION AB F/K/A BOLIDEN FACRICATION AB; OUTOKUMPU COPPER BCZ SA F/K/A BOLIDEN CUIVRE & ZINC S.A.; HALCOR S.A.; HME NEDERLAND BV; IMI PLC; IMI KYNOCH LTD./KYNOCH WORKS; YORKSHIRE COPPER TUBE LTD. F/K/A IMI YORKSHIRE COPPER TUBE LTD.; KM EUROPA METAL AG; KME AMERICA INC.; TREFIMETAUX SA; EUROPA METALLIS S.P.A.; MUELLER INDUSTRIES, INC.; WTC HOLDING COMPANY, INC.; MUELLER EUROPE LTD.; DENO HOLDING COMPANY, INC.; | **CASE NO. C 06-04528-MJJ**<br><br>**Stipulation and** [proposed] **order continuing case management conference and extending time for defendants KME America Inc.; Mueller Industries, Inc.; Mueller Europe Ltd.; Deno Holding Company, Inc.; WTC Holding Company, Inc.; Wieland Metals, Inc.; Outokumpu Oyj; Outokumpu Copper Products Oy; Outokumpu Copper (U.S.A.), Inc.; Outokumpu Copper Franklin, Inc.; Outokumpu Heatcraft USA, LLC; IMI plc and IMI Kynoch Ltd. to respond to plaintiffs' complaint** |

50867/2194817.1

Case No. C 06-04528-MJJ
Stipulation and [proposed] order continuing case management conference and extending time to respond to complaint

| | |
|---|---|
| 1 | DENO ACQUISITION EURL; |
| 2 | OUTOKUMPU OYJ; OUTOKUMPU COPPER PRODUCTS OY; OUTOKUMPU |
| 3 | COPPER (U.S.A.) INC.; OUTOKUMPU COPPER FRANKLIN, INC.; OUTOKUMPU |
| 4 | HEATCRAFT USA, LLC; WIELAND WERKE AG; WIELAND METALS, INC.; |
| 5 | AUSTRIA BUNTMETALL AG; and BUNTMETALL AMSTETTEN GMBH, |
| 6 | Defendants. |

9  WHEREAS, KME America Inc.; Mueller Industries, Inc.; Mueller Europe Ltd.; Deno

10 Holding Company, Inc.; WTC Holding Company, Inc.; Wieland Metals, Inc.; Outokumpu Oyj;

11 Outokumpu Copper Products Oy; Outokumpu Copper (U.S.A.), Inc.; Outokumpu Copper

12 Franklin, Inc.; Outokumpu Heatcraft USA, LLC; IMI plc and IMI Kynoch Ltd. ("Defendants") are

13 defendants in the above-captioned matter; and

14  WHEREAS, plaintiffs are considering seeking coordination or consolidation of this action

15 with related actions currently pending in other jurisdictions; and

16  WHEREAS, plaintiffs and Defendants seek to avoid unnecessarily expending the resources

17 of the parties and the Court;

18  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between

19 counsel for plaintiffs and counsel for Defendants that the Case Management Conference scheduled

20 for September 25, 2007 shall be continued until January 2008, the exact date to be determined by

21 the Court.

22  IT IS HEREBY FURTHER STIPULATED AND AGREED that Defendants shall have to

23 and including January 16, 2008, to serve an answer or other response to the Complaint.

24  IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation is not an

25 appearance and will not in any way be considered an acceptance of jurisdiction or waiver of

26 service and that Defendants reserve all of their rights to contest or object to personal jurisdiction in

50867/2194817.1

-2-    Case No. C 06-04528-MJJ
Stipulation and [proposed] order continuing case management conference
and extending time to respond to complaint

1  this matter and reserve all other defenses, including those under Rule 12 of the Federal Rules of
2  Civil Procedure.
   DATED: August 28, 2007                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
3
4                                        By: /s/
5                                        Loren Kieve
                                         Thomas E. Wallerstein
6                                        50 California Street, 22nd Floor
                                         San Francisco, California 94111
7                                        Telephone:    (415) 875-6600
                                         Facsimile:    (415) 875-6700
8
9                                        Attorneys for Defendants
                                         Mueller Industries, Inc.; Mueller Europe Ltd.;
10                                       Deno Holding Company, Inc.; and WTC Holding
                                         Company, Inc.
11                                       *Of Counsel:*
12
                                         William H. Rooney
13                                       Kelly M. Hnatt
                                         Maren H.P. Wax
14                                       Willkie Farr & Gallagher LLP
                                         787 Seventh Avenue
15                                       New York, NY 10019-6099
                                         Telephone:    (212) 728-8000
16
   DATED: August 28, 2007                COLLETTE ERICKSON FARMER & O'NEILL LLP
17
18                                       By: /s/ William S. Farmer
19                                       William S. Farmer
                                         235 Pine Street, Suite 1300
20                                       San Francisco, California 94104
                                         Telephone:    (415) 788-4646
21                                       Facsimile:    (415) 788-6929
22                                       Attorneys for Defendant
                                         KME America Inc.
23
                                         *Of Counsel:*
24
25                                       David I. Gelfand
                                         Matthew I. Bachrack
26                                       Cleary Gottlieb Steen & Hamilton LLP
                                         2000 Pennsylvania Avenue, N.W.
27                                       Washington, DC 20006-1500
                                         Telephone:    (202) 974-1500
                                         Facsimile:    (202) 974-1999
28

50867/2194817.1

-3-                                      Case No. C 06-04528-MJJ

Stipulation and [proposed] order continuing case management conference
and extending time to respond to complaint

| | | |
|---|---|---|
| 1 | DATED: August 28, 2007 | HELLER EHRMAN LLP |
| 2 | | |
| 3 | | By: /s/ David M. Goldstein (TEW) |
| | | David M. Goldstein |
| 4 | | 333 Bush Street |
| | | San Francisco, California 94104 |
| | | Telephone:  (415) 772-6000 |
| 5 | | Facsimile:   (415) 772-6268 |
| 6 | | Attorneys for Defendant |
| | | Wieland Metals, Inc. |
| 7 | | |
| | | *Of Counsel:* |
| 8 | | |
| | | Moses Silverman |
| 9 | | Aidan Synnott |
| | | Danielle Aguirre |
| 10 | | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| | | 1285 Avenue of the Americas |
| 11 | | New York, NY 10019 |
| | | Telephone:  (212) 373-3000 |
| 12 | | Facsimile:   (212) 757-3990 |

50867/2194817.1

-4-   Case No. C 06-04528-MJJ
Stipulation and [proposed] order continuing case management conference
and extending time to respond to complaint

DATED: August 28, 2007

COBLENTZ, PATCH, DUFFY & BASS

By: /s/ Howard A. Slavitt /TCW/
Frederick S. Fields
Howard A. Slavitt
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone:   (415) 391-4800
Facsimile:    (415) 989-1663

Attorneys for Defendants
Outokumpu Oyj; Outokumpu Copper Products Oy; Outokumpu Copper (U.S.A.), Inc.; Outokumpu Copper Franklin, Inc.; and Outokumpu Heatcraft USA, LLC

*Of Counsel:*

Kevin M. Kearney
Hodgson Russ LLP
One M & T Plaza, Suite 2000
Buffalo, New York 14203
Telephone:   (716) 856-4000
Facsimile:    (716) 849-0349

Eric J. Mahr
Wilmer Cutler Pickering Hale & Dorr
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006

50867/2194817.1

-5-                                        Case No. C 06-04528-MJJ
Stipulation and [proposed] order continuing case management conference
and extending time to respond to complaint

DATED: August 28, 2007

LATHAM & WATKINS LLP

By: /s/ Joshua N. Holian
Joshua N. Holian
Peter K. Huston
505 Montgomery Street
Suite 2000
San Francisco, California 94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

Attorneys for Defendants
IMI plc and IMI Kynoch Ltd.

*Of Counsel:*

Mark S. Olson
Ranelle A. Leier
Oppenheimer Wolff & Donnelly LLP
45 South Seventh Street
Plaza VII, Suite 3300
Minneapolis, Minnesota 55402
Telephone:  (612) 607-7000
Facsimile:  (612) 607-7100

DATED: August 28, 2007

SAVERI & SAVERI, INC.

By: /s/ Cadio Zirpoli, w/ permission
Cadio Zirpoli

Cadio Zirpoli
111 Pine Street, Suite 1700
San Francisco, California 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

Attorneys for Plaintiffs
Edward Carpinelli, Aram Ovsepian, G&M
Appliances, and John Rinaldi

## [Proposed] Order

Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ordered that the Case Management Conference currently scheduled for September 25, 2007 is continued to __February 19__, 2008 at 2:00 p.m. **A joint statement is due ten days prior to the conference.**

It is hereby further ordered that defendants KME America Inc.; Mueller Industries, Inc.; Mueller Europe Ltd.; Deno Holding Company, Inc.; WTC Holding Company, Inc.; Wieland Metals, Inc.; Outokumpu Oyj; Outokumpu Copper Products Oy; Outokumpu Copper (U.S.A.), Inc.; Outokumpu Copper Franklin, Inc.; Outokumpu Heatcraft USA, LLC; IMI plc and IMI Kynoch Ltd. shall have to and including January 16, 2008, to serve an answer or other response to the Complaint.

DATED: __September 4__, 2007

Hon. Martin J. Jenkins

IT IS SO ORDERED
/s/ Martin J. Jenkins
Judge Martin J. Jenkins