QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Loren Kieve (Bar No. 56280)
   lorenkieve@quinnemanuel.com
   Thomas E. Wallerstein (Bar No. 232086)
   tomwallerstein@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Of Counsel:

WILLKIE FARR & GALLAGHER LLP
   William H. Rooney
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000

Attorneys for Mueller Industries, Inc.; Mueller
Europe Ltd.; WTC Holding Company, Inc. and
Deno Holding Company, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD CARPINELLI, ARAM OVSEPIAN, G&M APPLIANCES, and JOHN RINALDI on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BOLIDEN AB; OUTOKUMPU COPPER FABRICATION AB F/K/A BOLIDEN FABRICATION AB; OUTOKUMPU COPPER BCZ SA F/K/A BOLIDEN CUIVRE & ZINC S.A.; HALCOR S.A.; HME NEDERLAND BV; IMI PLC; IMI KYNOCH LTD./KYNOCH WORKS; YORKSHIRE COPPER TUBE LTD. F/K/A IMI YORKSHIRE COPPER TUBE LTD.; KM EUROPA METAL AG; KME AMERICA INC.; TREFIMETAUX SA; EUROPA METALLIS S.P.A.; MUELLER INDUSTRIES, INC.; WTC HOLDING COMPANY, INC.; MUELLER EUROPE LTD.; DENO HOLDING COMPANY, INC.; | CASE NO. C 06-04528-MJJ<br><br><br>**Stipulation and [▓▓▓▓▓▓] order continuing case management conference and extending time for defendants KME America Inc.; Mueller Industries, Inc.; Mueller Europe Ltd.; Deno Holding Company, Inc.; WTC Holding Company, Inc.; Wieland Metals, Inc.; Outokumpu Oyj; Outokumpu Copper Products Oy; Outokumpu Copper (U.S.A.), Inc.; Outokumpu Copper Franklin, Inc.; Outokumpu Heatcraft USA, LLC; IMI plc and IMI Kynoch Ltd. to respond to plaintiffs' complaint** |

1 DENO ACQUISITION EURL;
  OUTOKUMPU OYJ; OUTOKUMPU
2 COPPER PRODUCTS OY; OUTOKUMPU
  COPPER (U.S.A.) INC.; OUTOKUMPU
3 COPPER FRANKLIN, INC.; OUTOKUMPU
  HEATCRAFT USA, LLC; WIELAND
4 WERKE AG; WIELAND METALS, INC.;
  AUSTRIA BUNTMETALL AG; and
5 BUNTMETALL AMSTETTEN GMBH,

6          Defendants.

7

8

9        WHEREAS, KME America Inc.; Mueller Industries, Inc.; Mueller Europe Ltd.; Deno

10 Holding Company, Inc.; WTC Holding Company, Inc.; Wieland Metals, Inc.; Outokumpu Oyj;

11 Outokumpu Copper Products Oy; Outokumpu Copper (U.S.A.), Inc.; Outokumpu Copper

12 Franklin, Inc.; Outokumpu Heatcraft USA, LLC; IMI plc and IMI Kynoch Ltd. ("Defendants") are

13 defendants in the above-captioned matter; and

14        WHEREAS, plaintiffs are considering seeking coordination or consolidation of this action

15 with related actions currently pending in another jurisdiction; and

16        WHEREAS, plaintiffs and Defendants seek to avoid unnecessarily expending the resources

17 of the parties and the Court;

18        NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between

19 counsel for plaintiffs and counsel for Defendants that the Case Management Conference scheduled

20 for February 19, 2008, shall be continued until June 2008, the exact date to be determined by the

21 Court.

22        IT IS HEREBY FURTHER STIPULATED AND AGREED that Defendants shall have to

23 and including May 16, 2008, to serve an answer or other response to the Complaint.

24        IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation is not an

25 appearance and will not in any way be considered an acceptance of jurisdiction or waiver of

26 service and that Defendants reserve all of their rights to contest or object to personal jurisdiction in

27

28

50867/2194817.1

Stipulation and [████] order continuing case management conference
and extending time to respond to complaint

1   this matter and reserve all other defenses, including those under Rule 12 of the Federal Rules of

2   Civil Procedure.

  DATED: January 15, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

3

4

By: _____

5                            Loren Kieve

                          Thomas E. Wallerstein

6                            50 California Street, 22nd Floor

                          San Francisco, California 94111

7                            Telephone:   (415) 875-6600

                          Facsimile:   (415) 875-6700

8

9                            Attorneys for Defendants

                          Mueller Industries, Inc.; Mueller Europe Ltd.;

                          Deno Holding Company, Inc.; and WTC Holding

10                           Company, Inc.

11                           *Of Counsel:*

12                           William H. Rooney

                          Kelly M. Hnatt

13                           Maren H.P. Wax

                          Willkie Farr & Gallagher LLP

14                           787 Seventh Avenue

                          New York, NY 10019-6099

15                           Telephone:   (212) 728-8000

16

  DATED: January 15, 2008          COLLETTE ERICKSON FARMER & O'NEILL LLP

17

18

By: _____

19                            William S. Farmer

                          235 Pine Street, Suite 1300

20                           San Francisco, California 94104

                          Telephone:   (415) 788-4646

21                           Facsimile:   (415) 788-6929

22                           Attorneys for Defendant

                          KME America Inc.

23

24                           *Of Counsel:*

25                           David I. Gelfand

                          Matthew I. Bachrack

                          Cleary Gottlieb Steen & Hamilton LLP

26                           2000 Pennsylvania Avenue, N.W.

                          Washington, DC 20006-1500

27                           Telephone:   (202) 974-1500

                          Facsimile:   (202) 974-1999

28

DATED: January 15, 2008            HELLER EHRMAN LLP

By: _David M. Goldstein (TEW)_
David M. Goldstein
333 Bush Street
San Francisco, California 94104
Telephone:     (415) 772-6000
Facsimile:     (415) 772-6268

Attorneys for Defendant
Wieland Metals, Inc.

*Of Counsel:*

Moses Silverman
Aidan Synnott
Danielle Aguirre
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone:     (212) 373-3000
Facsimile:     (212) 757-3990

50867/2194817.1
-4-
Case No. C 06-04528-MJJ
Stipulation and [          ] order continuing case management conference
and extending time to respond to complaint

DATED: January 15, 2008    COBLENTZ, PATCH, DUFFY & BASS

By: _Frederick S. Fields / TDW_

Frederick S. Fields
Howard A. Slavitt
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone:    (415) 391-4800
Facsimile:    (415) 989-1663

Attorneys for Defendants
Outokumpu Oyj; Outokumpu Copper Products Oy;
Outokumpu Copper (U.S.A.), Inc.; Outokumpu
Copper Franklin, Inc.; and Outokumpu Heatcraft
USA, LLC

*Of Counsel:*

Kevin M. Kearney
Hodgson Russ LLP
One M & T Plaza, Suite 2000
Buffalo, New York 14203
Telephone:    (716) 856-4000
Facsimile:    (716) 849-0349

Eric J. Mahr
Wilmer Cutler Pickering Hale & Dorr
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006

DATED: January 15, 2008

LATHAM & WATKINS LLP

By: _Joshua N. Holian /TGW_

Joshua N. Holian
Peter K. Huston
505 Montgomery Street
Suite 2000
San Francisco, California 94111-6538
Telephone:    (415) 391-0600
Facsimile:    (415) 395-8095

Attorneys for Defendants
IMI plc and IMI Kynoch Ltd.

*Of Counsel:*

Mark S. Olson
Ranelle A. Leier
Oppenheimer Wolff & Donnelly LLP
45 South Seventh Street
Plaza VII, Suite 3300
Minneapolis, Minnesota 55402
Telephone:    (612) 607-7000
Facsimile:    (612) 607-7100

DATED: January 15, 2008

SAVERI & SAVERI, INC.

By: _Cadio Zirpoli /TGW_

Cadio Zirpoli

Cadio Zirpoli
111 Pine Street, Suite 1700
San Francisco, California  94111
Telephone:    (415) 217-6810
Facsimile:    (415) 217-6813

Attorneys for Plaintiffs
Edward Carpinelli, Aram Ovsepian, G&M
Appliances, and John Rinaldi

50867/2194817.1

-6-

Case No. C 06-04528-MJJ

Stipulation and ▮▮▮▮▮▮ order continuing case management conference
and extending time to respond to complaint

## [Proposed] Order

Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ordered that the Case Management Conference currently scheduled for February 19, 2008 is continued to ___June 10___, 2008. at 2:00 p.m. Joint Statement due by 6/2/2008.

It is hereby further ordered that defendants KME America Inc.; Mueller Industries, Inc.; Mueller Europe Ltd.; Deno Holding Company, Inc.; WTC Holding Company, Inc.; Wieland Metals, Inc.; Outokumpu Oyj; Outokumpu Copper Products Oy; Outokumpu Copper (U.S.A.), Inc.; Outokumpu Copper Franklin, Inc.; Outokumpu Heatcraft USA, LLC; IMI plc and IMI Kynoch Ltd. shall have to and including May 16, 2008, to serve an answer or other response to the Complaint.

DATED: January 17, 2008

_____
Hon. Martin J. Jenkins

50867/2194817.1

Case No. C 06-04528-MJJ

Stipulation and [Proposed] order continuing case management conference
and extending time to respond to complaint