QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Richard A. Schirtzer (Bar No. 150135)
Thomas E. Wallerstein (Bar No. 232086)
tomwallerstein@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Of Counsel:

WILLKIE FARR & GALLAGHER LLP
William H. Rooney
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000

Attorneys for Mueller Industries, Inc.; Mueller Europe Ltd.; WTC Holding Company, Inc. and Deno Holding Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD CARPINELLI, ARAM OVSEPIAN, G&M APPLIANCES, and JOHN RINALDI on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BOLIDEN AB; OUTOKUMPU COPPER FABRICATION AB F/K/A BOLIDEN FABRICATION AB; OUTOKUMPU COPPER BCZ SA F/K/A BOLIDEN CUIVRE & ZINC S.A.; HALCOR S.A.; HME NEDERLAND BV; IMI PLC; IMI KYNOCH LTD./KYNOCH WORKS; YORKSHIRE COPPER TUBE LTD. F/K/A IMI YORKSHIRE COPPER TUBE LTD.; KM EUROPA METAL AG; KME AMERICA INC.; TREFIMETAUX SA; EUROPA METALLIS S.P.A.; MUELLER INDUSTRIES, INC.; WTC HOLDING COMPANY, INC.; MUELLER EUROPE LTD.; DENO HOLDING COMPANY, INC.; DENO ACQUISITION EURL; OUTOKUMPU OYJ; OUTOKUMPU COPPER PRODUCTS OY; OUTOKUMPU | **CASE NO. C 06-04528-JSW**<br><br>**Stipulation and [proposed] order continuing case management conference and extending time for defendants KME America Inc.; Mueller Industries, Inc.; Mueller Europe Ltd.; Deno Holding Company, Inc.; WTC Holding Company, Inc.; Wieland Metals, Inc.; Outokumpu Oyj; Outokumpu Copper Products Oy; Outokumpu Copper (U.S.A.), Inc.; Outokumpu Copper Franklin, Inc.; Outokumpu Heatcraft USA, LLC; IMI plc and IMI Kynoch Ltd. to respond to plaintiffs' complaint** |

50867/2501726.1

Case No. C 06-04528-JSW
Stipulation and [proposed] order continuing case management conference and extending time to respond to complaint

| | |
|---|---|
| 1<br>2<br>3<br>4 | COPPER (U.S.A.) INC.; OUTOKUMPU COPPER FRANKLIN, INC.; OUTOKUMPU HEATCRAFT USA, LLC; WIELAND WERKE AG; WIELAND METALS, INC.; AUSTRIA BUNTMETALL AG; and BUNTMETALL AMSTETTEN GMBH,<br><br>Defendants. |

7  WHEREAS KME America, Inc.; Mueller Industries, Inc.; Mueller Europe Ltd.; Deno Holding Company, Inc.; WTC Holding Company, Inc.; Wieland Metals, Inc.; Outokumpu Oyj; Outokumpu Copper Products Oy; Outokumpu Copper (U.S.A.), Inc.; Outokumpu Copper Franklin, Inc.; Outokumpu Heatcraft USA, LLC; IMI plc and IMI Kynoch Ltd. ("Defendants") are defendants in the above-captioned matter; and

WHEREAS *Brooks v. Outokumpu Oyj*, No. 06-2355-D/P (W.D. Tenn.) (the "*Brooks* Action"), pending in the United States District Court for the Western District of Tennessee, presents issues and claims related to those in this action and includes certain defendants named in this action;

WHEREAS *Carrier Corporation v. Outokumpu Oyj*, COA. 07-6052 (6th Cir.) (the "*Carrier* Appeal"), pending before the United States Court of Appeals for the Sixth Circuit, also presents issues and claims related to those in this action and includes certain defendants named in this action;

WHEREAS plaintiffs in this Action are considering seeking coordination or consolidation of this action with the *Brooks* Action;

WHEREAS pursuant to an Order (*Brooks* Action Docket No. 59, dated September 25, 2007) granting an agreed motion in the *Brooks* Action, the defendants in the *Brooks* Action are not obligated to answer or otherwise respond to the complaint in the *Brooks* Action until the 60th day following the issuance of a Mandate by the United States Court of Appeals for the Sixth Circuit resolving the *Carrier* Appeal;

50867/2501726.1

-2- Case No. C 06-04528-JSW
Stipulation and [proposed] order continuing case management conference and extending time to respond to complaint

1  WHEREAS Defendants' responses to the Complaint in this action are due on May 16,
2  2008, and a case management conference is scheduled for June 13, 2008;

3  WHEREAS an extension of time for Defendants to answer or otherwise respond to the
4  Complaint in this action to the 60th day following the issuance of a Mandate by the United States
5  Court of Appeals for the Sixth Circuit resolving the *Carrier* Appeal would conserve the Court's
6  and the parties' resources by avoiding briefing and consideration of challenges to the Complaint in
7  this action that are similar to those at issue in the *Brooks* Action and the *Carrier* Appeal;

8  IT IS HEREBY STIPULATED AND AGREED that Defendants shall have to and
9  including the 60th day following the issuance of a Mandate by the United States Court of Appeals
10 for the Sixth Circuit resolving the *Carrier* Appeal to answer or otherwise respond to the
11 Complaint in this action.

12 IT IS HEREBY FURTHER STIPULATED AND AGREED that the Case Management
13 Conference scheduled for June 13, 2008, shall be adjourned until a date after the issuance of a
14 Mandate by the United States Court of Appeals for the Sixth Circuit resolving the *Carrier* Appeal,
15 the exact date to be determined by the Court.

16 IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation is not an
17 appearance and will not in any way be considered an acceptance of jurisdiction or waiver of
18 service and that Defendants reserve all of their rights to contest or object to personal jurisdiction in
19 this matter and reserve all other defenses, including those under Rule 12 of the Federal Rules of
20 Civil Procedure.

50867/2501726.1     -3-     Case No. C 06-04528-JSW
Stipulation and [proposed] order continuing case management conference
and extending time to respond to complaint

DATED: May 15, 2008                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/ Richard A. Schirtzer
Richard A. Schirtzer
Thomas E. Wallerstein
555 Twin Dolphin Drive, Suite 560
San Francisco, California 94111
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
Mueller Industries, Inc.; Mueller Europe Ltd.;
Deno Holding Company, Inc.; and WTC Holding
Company, Inc.

*Of Counsel:*

William H. Rooney
Kelly M. Hnatt
Maren H.P. Wax
Sean S. Buckley
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000

DATED: May 15, 2008                COLLETTE ERICKSON FARMER & O'NEILL LLP

By: /s/ William S. Farmer /TEW
William S. Farmer
235 Pine Street, Suite 1300
San Francisco, California 94104
Telephone: (415) 788-4646
Facsimile: (415) 788-6929

Attorneys for Defendant
KME America Inc.

*Of Counsel:*

David I. Gelfand
Matthew I. Bachrack
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006-1500
Telephone: (202) 974-1500
Facsimile: (202) 974-1999

50867/2501726.1

-4-     Case No. C 06-04528-JSW
Stipulation and [proposed] order continuing case management conference
and extending time to respond to complaint

DATED: May __, 2008        HELLER EHRMAN LLP

By: /s/ David M. Goldstein
David M. Goldstein
333 Bush Street
San Francisco, California 94104
Telephone:  (415) 772-6000
Facsimile:  (415) 772-6268

Attorneys for Defendant
Wieland Metals, Inc.

*Of Counsel:*

Moses Silverman
Aidan Synnott
Danielle Aguirre
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

50867/2501726.1
-5-    Case No. C 06-04528-JSW
Stipulation and [proposed] order continuing case management conference
and extending time to respond to complaint

DATED: May 1, 2008    COBLENTZ, PATCH, DUFFY & BASS

By: /s/ Howard A. Slavitt /JSW
Howard A. Slavitt
Frederick S. Fields
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone:  (415) 391-4800
Facsimile:  (415) 989-1663

Attorneys for Defendants
Outokumpu Oyj; Outokumpu Copper Products Oy;
Outokumpu Copper (U.S.A.), Inc.; Outokumpu
Copper Franklin, Inc.; and Outokumpu Heatcraft
USA, LLC

*Of Counsel:*

Kevin M. Kearney
Hodgson Russ LLP
One M & T Plaza, Suite 2000
Buffalo, New York 14203
Telephone:  (716) 856-4000
Facsimile:  (716) 849-0349

Eric J. Mahr
Wilmer Cutler Pickering Hale & Dorr
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006

50867/2501726.1

-6-    Case No. C 06-04528-JSW
Stipulation and [proposed] order continuing case management conference
and extending time to respond to complaint

DATED: May 15, 2008

LATHAM & WATKINS LLP

By: /s/ Joshua N. Holian
Joshua N. Holian
Peter K. Huston
505 Montgomery Street
Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Defendants
IMI plc and IMI Kynoch Ltd.

*Of Counsel:*

Mark S. Olson
Ranelle A. Leier
Oppenheimer Wolff & Donnelly LLP
45 South Seventh Street
Plaza VII, Suite 3300
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

DATED: May 15, 2008

SAVERI & SAVERI, INC.

By: /s/ Cadio Zirpoli
Cadio Zirpoli
R. Alexander Saveri
111 Pine Street, Suite 1700
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

Attorneys for Plaintiffs
Edward Carpinelli, Aram Ovsepian, G&M
Appliances, and John Rinaldi

50867/2501726.1

-7-                                                              Case No. C 06-04528-JSW
Stipulation and [proposed] order continuing case management conference
and extending time to respond to complaint

## [Proposed] Order

Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that KME America, Inc.; Mueller Industries, Inc.; Mueller Europe Ltd.; Deno Holding Company, Inc.; WTC Holding Company, Inc.; Wieland Metals, Inc.; Outokumpu Oyj; Outokumpu Copper Products Oy; Outokumpu Copper (U.S.A.), Inc.; Outokumpu Copper Franklin, Inc.; Outokumpu Heatcraft USA, LLC; IMI plc and IMI Kynoch Ltd. ("Defendants") shall have to and including the 60th day following the issuance of a Mandate by the United States Court of Appeals for the Sixth Circuit resolving the appeal in *Carrier Corporation v. Outokumpu Oyj*, COA. 07-6052 (6th Cir.) (the "*Carrier* Appeal"), pending before the United States Court of Appeals for the Sixth Circuit, to answer or otherwise respond to the Complaint in this action.

IT IS HEREBY FURTHER ORDERED THAT the Case Management Conference scheduled for June 13, 2008, shall be adjourned until a date after the issuance of a Mandate by the United States Court of Appeals for the Sixth Circuit resolving the *Carrier* Appeal, the exact date to be determined by the Court.

DATED: May 15, 2008

_____
Hon. Jeffrey S. White