IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD CARPINELLI, et al.

      Plaintiffs,

  v.

BOLIDEN AB, et al.

      Defendants.

No. 06-04528 JSW

**ORDER REQUIRING STATUS REPORTS**

On May 15, 2008, this Court entered an Order granting the parties' stipulation to continue the case management conference and to extend the time to respond to the Complaint, pending the United States Court of Appeals for the Sixth Circuit's resolution of *Carrier Corp. v. Outokumpo Oyj,* COA 07-6052. There has been no further action in this matter since the stipulation was granted.

Accordingly, it is HEREBY ORDERED that Plaintiffs shall submit a status report to the Court by no later than December 12, 2008, advising the Court of the status of the *Carrier* appeal and when, and if, they expect the matter to be placed back on the Court's active calendar. It is FURTHER ORDERED that the Plaintiff shall submit a status report to the Court every 180 days thereafter.

**IT IS SO ORDERED.**

Dated: November 25, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE