IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD CARPINELLI, et al.

      Plaintiffs,

  v.

BOLIDEN AB, et al.

      Defendants.

_____/

No. 06-04528 JSW

**ORDER RE OVERDUE STATUS REPORTS**

On May 15, 2008, this Court entered an Order granting the parties' stipulation to continue the case management conference and to extend the time to respond to the Complaint, pending the United States Court of Appeals for the Sixth Circuit's resolution of *Carrier Corp. v. Outokumpo Oyj,* COA 07-6052. On November 25, 2008, the Court issued an Order requiring Status Reports every 180 days pending resolution of the appeal. Although the parties submitted their first two status reports in a timely fashion, their third status report was due on December 7, 2009. No status report has been filed. Accordingly, it is HEREBY ORDERED that the Plaintiffs shall submit their status report to the Court by no later than February 12, 2010, advising the Court of the status of the *Carrier* appeal and when, and if, they expect the matter to be placed back on the Court's active calendar. It is FURTHER ORDERED that the Plaintiffs shall resume submitting status reports to the Court every 180 days thereafter.

      **IT IS SO ORDERED.**

Dated: January 29, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE