IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD CARPINELLI, et al.

    Plaintiffs,                                      No. 06-04528 JSW

  v.                                             **ORDER OF RECUSAL**

BOLIDEN AB, et al.

    Defendants.

TO ALL PARTIES AND COUNSEL OF RECORD:

      I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan

      **IT IS SO ORDERED.**

Dated: April 22, 2010

                                                                 JEFFREY S. WHITE
                                                                 UNITED STATES DISTRICT JUDGE