Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

Attorneys for Plaintiff Edward Carpinelli

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| EDWARD CARPINELLI, et al. | ) | Case No. 06-CV-4528-J~~SW~~  MHP |
| | ) | |
| Plaintiffs, | ) | **CLASS ACTION** |
| v. | ) | |
| | ) | |
| BOLIDEN AB, et al. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| Defendants. | ) | |
| | ) | |

Plaintiffs Edward Carpinelli, Aram Ovsepian, G&M Appliances, and John Rinaldi and defendants named in this action — specifically, Mueller Industries, Inc., Mueller Europe Ltd. (also known as Mueller Europe Limited), WTC Holding Company, Inc., Deno Holding Company, Inc., Deno Acquisition Eurl, Halcor S.A., Boliden Fabrication AB (now known as Outokumpu Copper Fabrication AB), Boliden Cuivre & Zinc S.A. (now known as Outokumpu Copper BCZ S.A.), IMI plc, IMI Kynoch Ltd., Yorkshire Copper Tube Ltd., KM Europa Metal AG, KME America Inc., Tréfimétaux SA, Europa Metalli SPA (now known as KME Italy SPA), Outokumpu Oyj, Outokumpu Copper Products Oy (now known as Luvata Espoo Oy), Outokumpu Copper (U.S.A.) Inc., Outokumpu Franklin, Inc., Outokumpu Heatcraft USA, LLC, Austria Buntmetall AG, Buntmetall Amstetten GMBH, Wieland Metals, Inc., and Wieland

STIPULATION FOR DISMISSAL WITH PREJUDICE - Case No. 06-CV-4528-JSW

Werke AG (collectively, "Defendants") — hereby submit this Stipulation for Dismissal with Prejudice.

WHEREAS, the instant case was brought by the same individuals and entities that were plaintiffs in a consolidated case in San Francisco Superior Court (*Carpinelli v. Boliden AB*, *et al*. San Francisco Superior Court, Master File No. CGC-04-435527 (The "*Carpinelli* State Action"));

WHEREAS, the parties in the *Carpinelli* State Action entered into a Settlement Agreement on October 2, 2009 (the "Settlement Agreement") that, among other things, identified a class of California indirect purchasers of Copper Tubing and provided for a settlement payment by defendants in the *Carpinelli* State Action, all of which are Defendants herein;

WHEREAS, on February 5, 2010, the court overseeing the *Carpinelli* State Action granted final approval of the Settlement Agreement in the *Carpinelli* State Action and notice of entry of judgment thereof was filed on February 8, 2010;

WHEREAS, the Settlement Agreement provides that plaintiffs and defendants in the *Carpinelli* State Action shall execute a stipulation of dismissal in the instant action within ten days of the judgment in the *Carpinelli* State Action becoming final;

WHEREAS the *Carpinelli* State Action has become final, with no objection or appeal having been filed and with the 60-day time for appeal having passed;

WHEREAS, Plaintiffs wish to dismiss from this case in its entirety each and every defendant named herein.

WHEREAS, three related direct purchaser actions in the United States District Court for the Western District of Tennessee against certain of the Defendants in this action, captioned *In Re Copper Tubing Litigation*, Case No.2:04-cv-2771-BBD ("*Copper Tubing*"), *In re ACR Copper Tubing*, Case No. 2:06-cv-02207-BBD ("*ACR Copper Tubing*"), and *Carrier Corporation v. Outokumpu Oyj, et al.,* Case No. 2:06-cv-2186-BBD ("*Carrier*," not a class action), were dismissed for lack of subject matter jurisdiction;

1  WHEREAS, the plaintiffs in *Copper Tubing*, *ACR Copper Tubing*, and *Carrier* appealed
2  the district court's rulings to the United States Court of Appeals for the Sixth Circuit and the
3  defendants entered various cross-appeals;
4  WHEREAS, on March 13, 2008, pursuant to a stipulation by the parties therein to
5  voluntarily dismiss the appeals and cross-appeals, the Sixth Circuit entered an order dismissing
6  the *Copper Tubing* action;
7  WHEREAS, on March 31, 2008, pursuant to a stipulation by the parties therein to
8  voluntarily dismiss the appeals and cross-appeals, the Sixth Circuit entered an order dismissing
9  the *ACR Copper Tubing* action;
10  WHEREAS, the *Carrier* action is still pending in the Sixth Circuit;
11  WHEREAS, a related indirect purchaser action against certain of the Defendants in this
12  action filed in the United States District Court for the Western District of Tennessee, captioned
13  *Michael Brooks, et al. v. Outokumpu, et al.,* Case No. 2:06-cv-02355-BBD, was administratively
14  closed on May 27, 2009;
15  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between
16  the parties hereto that this action shall be dismissed in its entirety, with prejudice, each party to
17  bear its own costs.
18  IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation does not
19  constitute an appearance by any Defendant and will not in any way be considered an acceptance
20  of or consent to jurisdiction or waiver of service and that each Defendant reserves all of its rights
21  to contest or object to personal jurisdiction in this matter and reserves all other rights and
22  defenses, including those under Rule 12 of the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| 1 | Dated: April 19, 2010. | SAVERI & SAVERI, INC. |
| 2 | | |
| 3 | | By:    /s/  Cadio Zirpoli<br>Cadio Zirpoli<br>706 Sansome Street |
| 4 | | San Francisco, CA  94111 |
| 5 | | |
| 6 | | Counsel for Plaintiffs Edward Carpinelli and Aram Ovsepian |
| 7 | | |
| 8 | Dated: April 19, 2010. | GROSS BELSKY ALONSO LLP |
| 9 | | |
| 10 | | By:   /s/  Terry Gross<br>Terry Gross<br>180 Montgomery Street |
| 11 | | Suite 2200<br>San Francisco California 94104 |
| 12 | | |
| 13 | | Counsel for Plaintiffs G&M Appliances and John Rinaldi |
| 14 | | |
| 15 | Dated: April 19, 2010. | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 16 | | |
| 17 | | By:   /s/  Evette Pennypacker<br>Evette Pennypacker |
| 18 | | 50 California Street, 22nd Floor<br>San Francisco, CA |
| 19 | | |
| 20 | | Counsel for Defendants Mueller Industries, Inc., Mueller Europe Ltd., WTC Holding Company, Inc., Deno Holding Company, Inc., and Deno Acquisition Eurl.  All rights and defenses reserved. |
| 21 | | |
| 22 | Dated: April 19, 2010. | ARNOLD & PORTER LLP |
| 23 | | |
| 24 | | By:    /s/  Sharon D. Mayo<br>Sharon D. Mayo |
| 25 | | 275 Battery Street, Suite 2700<br>San Francisco, CA 94111 |
| 26 | | |
| 27 | | Counsel for Defendant Halcor S.A.  All rights and defenses reserved. |
| 28 | | 4 |

STIPULATION FOR DISMISSAL WITH PREJUDICE - Case No. 06-CV-4528-JSW

Dated:  April 19, 2010.                    COLLETTE ERICKSON FARMER & O'NEILL LLP

                                           By:    /s/   William S. Farmer
                                                  William S. Farmer
                                                  235 Pine Street, Suite 1300
                                                  San Francisco, CA 94104

                                           Counsel for Defendants KME America, Inc., Yorkshire Copper Tube Ltd., Tréfimétaux SA, and Europa Metalli SPA.  All rights and defenses reserved.

Dated:  April 19, 2010.                    DAVIS POLK & WARDWELL LLP

                                           By:    /s/   Arthur J. Burke
                                                  Arthur J. Burke
                                                  1600 El Camino Real
                                                  Menlo Park, CA 94025

                                           Counsel for Defendants Boliden AB, Boliden Fabrication AB and Boliden Cuivre & Zinc S.A. All rights and defenses reserved.

Dated:  April 19, 2010.                    LATHAM & WATKINS LLP

                                           By:    /s/   Joshua N. Holian
                                                  Joshua N. Holian
                                                  505 Montgomery Street
                                                  Suite 2000
                                                  San Francisco, CA 94111

                                           Counsel for Defendants IMI plc and IMI Kynoch Ltd.  All rights and defenses reserved.

5

Dated: April 19, 2010.                    COBLENTZ, PATCH, DUFF & BASS LLP


By:    /s/   Howard A. Slavitt
Howard A. Slavitt
One Ferry Building
Suite 200
San Francisco, CA 94111

Counsel for Defendants Outokumpu Oyj, Outokumpu Copper Products Oy (now known as Luvata Espoo Oy), Outokumpu Copper (U.S.A.) Inc., Outokumpu Franklin, Inc., and Outokumpu Heatcraft USA, LLC.  All rights and defenses reserved.


Dated: April 19, 2010.                    ORRICK HERRINGTON & SUTCLIFFE LLP


By:    /s/   David M. Goldstein
David M. Goldstein
405 Howard Street
San Francisco, CA 94105

Counsel for Defendants Austria Buntmetall AG, Buntmetall Amstetten GMBH, Wieland Metals, Inc., and Wieland Werke AG.  All rights and defenses reserved.


**ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, each party to bear its own costs, in accordance with the above stipulation.

Dated: 4/29/2010

_____
The Honorable Marilyn Hall Patel,
United States District Court Judge

*IT IS SO ORDERED* — Judge Marilyn H. Patel

STIPULATION FOR DISMISSAL                                   Case No. 06-CV-4528-JSW

**ATTESTATION OF FILING**

    Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Cadio Zirpoli, hereby attest that concurrence in the filing of this stipulation and proposed order has been obtained from Counsel for each of the named parties with conformed signatures listed above.

Dated: April 19, 2010　　　　　　　　　　　SAVERI & SAVERI, INC.

　　　　　　　　　　　　　　　　　　　　By: ____/s/ Cadio Zirpoli_____

Ct.554

STIPULATION FOR DISMISSAL WITH PREJUDICE - Case No. 06-CV-4528-JSW